IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00246-PAB-KLM

TIMOTHY J. MILNER,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON, UNDER POLICY NO. 0986230066, and,
APPALACHIAN UNDERWRITERS, INC., a Tennessee corporation,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order to Extend Expert Deadlines** [Docket No. 22; Filed August 22, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The Scheduling Order entered on April 2, 2013 [#20] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **October 1, 2013**
- Rebuttal Expert Disclosure Deadline    **October 30, 2013**

    Dated: August 22, 2013