IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00246-PAB-KLM

TIMOTHY J. MILNER,

      Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON, UNDER POLICY NO. 0986230066, and,
APPALACHIAN UNDERWRITERS, INC., a Tennessee corporation,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Unopposed Motion to Modify Scheduling Order to Extend Discovery and Dispositive Motion Deadlines** [#29] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**.  The Scheduling Order entered on April 2, 2013 [#20] is modified to extend the following deadlines:

- Discovery Deadline      **January 20, 2014**
- Dispositive Motions Deadline      **February 20, 2014**

Dated:  November 8, 2013